```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                     CENTRAL DIVISION at LEXINGTON
```

DANIEL STORM,                   )
                                )
   Plaintiff,                   )
                                )
                                )   Civil Case No. 16-cv-147-
v.                              )              JMH
                                )
ROSCOE MEDICAL, INC.,           )
                                )
   Defendant.                   )   **MEMORANDUM OPINION & ORDER**
                                )

                               ***

Pursuant to Fed. R. Civ. P. 16 and 26,

**IT IS ORDERED** as follows:

1) that within twenty-one (21) days from the date of service of this Order, the parties, by counsel, shall meet, either in person or by telephone, to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1), as amended December 1, 2010, and to develop a proposed discovery plan. *See* Fed. R. Civ. P. 26(f), as amended December 1, 2015.

2) that within ten (10) days after the meeting the parties shall file a joint status report containing:

    (a) the discovery plan; in formulating their plan, the parties should consider the concerns described in Fed. R. Civ. P. 26(b)(1), as amended

        December 1, 2015, as well as the Court's belief that discovery should last between three and five months.

(b) the parties' estimate of the time necessary to file pretrial motions;

(c) the parties' estimate as to the probable length of trial;

(d) the dates mutually convenient for trial;

(e) the parties' decision as to whether the action may be referred to a United States magistrate judge for trial pursuant to 28 U.S.C. § 636(c); and

(f) the parties' determination as to whether the resolution of the case may be aided by mediation or other special procedures as authorized by statute or local rule.

    Each party is directed to advise the Court at the time of the submission of the joint report of all parent corporations, subsidiaries, affiliates, members and/or partners with which it is associated.

    This the 27th day of May, 2016.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge